RECEIVED & FILED

2008 JAN 30 PM 4: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Mandarin Oriental Services B.V., a Netherlands private limited company,<br><br>Plaintiff,<br>v.<br><br>Mistique Homes, a Puerto Rico corporation; The Mandarin Group LLC, a Virgin Islands limited liability company,<br><br>Defendants. | Civil No. 07-2222 (CCC) |

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Akiva M. Cohen, applicant herein and respectfully states:

1. Applicant is an attorney and associated with the law firm of Thelen Reid Brown Raysman & Steiner LLP, with offices at:

| Address | 875 Third Avenue |
|---|---|
| | New York, New York 10022, USA |
| Email | acohen@thelen.com |
| Telephone No. | 212-803-2445 |
| Fax No. | 212-937-3963 |

2. Applicant will sign all pleadings with the name Akiva M. Cohen.

3. Applicant has been retained as an associate with the above-named firm by Mandarin Oriental B.V. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since June 2005, applicant has been and presently is a member in good standing of the bar of the State of New York, admitted to practice before all courts in the state, where applicant regularly practices law. Applicant's New York state bar license number is 4328969.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York State Supreme Court, Appellate Division, First Department | June 2005 |
| U.S. District Court for the Eastern District of New York | June 2005 |
| U.S. District Court for the Southern District of New York | June 2005 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| none | |
| | |
| | |

10. Local counsel of record associated with applicant in this matter is:

| Firm Name: | Fiddler, González & Rodríguez, PSC |
|---|---|
| Name | José E. González-Borgos |
| USDC-PR Bar No. | 124001 |
| Address | P.O. Box 363507 |
| | San Juan, Puerto Rico 00936-3507 |
| Email | jgonzale@fgrlaw.com |
| Telephone No. | 787-759-3155 |
| Fax No. | 787-250-7545 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court.

Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 28, 2008.

Akiva M. Cohen<br>
Printed Name of Applicant<br>
<em>/s/ Akiva M. Cohen</em><br>
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: January 30th, 2008.

José González-Borgos<br>
Printed Name of Local Counsel<br>
<em>/s/ J.E. González B.</em><br>
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

- ☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE

```
bn
Wed Jan 30 15:10:30 2008

     UNITED STATES DISTRICT COURT
       HATO REY        , PR
  Receipt No.   100 174476
  Cashier            neil

  Tender Type  CHECK

  Check Number: 124710

  Transaction Type   C

  Case No./Def No. 1:97-NA-003   /   2

  DO Code    Div No      Acct
   4669        1        6855XX

  Amount             $    150.00

      PRO HAC VICE/AKIVA M COHEN/07-2222(C
  C)
```

bn